# EXHIBIT 8

**EXHIBIT 8**

**Melinda A. Balian**

**From:** Melinda A. Balian
**Sent:** Wednesday, January 10, 2018 6:56 PM
**To:** 'Elizabeth Marzotto Taylor'
**Cc:** Deborah Gordon; Irina Vaynerman; Gregory M. Meihn; Krista M. Woerfel
**Subject:** Direct contact with Defendants

Elizabeth:

We have been made aware that your office has made contact with our clients by serving them with subpoenas for depositions for which notices have already been sent. Please cease contacting our clients. If you wish to pursue this practice, then you are to do so through our office.

Further, I will be filing a motion to modify the subpoenas which you have served given your offices stance on the location of our clients' depositions and insistence that they be taken at your office and pursuant to 7.1 and seeking your concurrence therein.

Thank you,
Melinda

1