# EXHIBIT 6

**EXHIBIT 6**

*Law Offices of*
# Raymond Guzall III, P.C.
*Attorneys and Counselors*

Raymond Guzall III

Of Counsel:
Omar Najor
Esse T. Gadoua

31555 W. Fourteen Mile Rd. #320
Farmington Hills, MI 48334
(248) 702-6122
Fax: (248) 702-6124
Email: Rayguzall@attorneyguzall.com

September 8, 2016

The City of Melvindale
via Lawrence J. Coogan

Re: Billing (Chad Hayes)

Dear Mr. Coogan:

Below is the present bill in regards to this matter. Please make checks payable to The Law Offices of Raymond Guzall III, P.C.

| Date | Hours | Description |
|---|---|---|
| 8/27/2016 | 3.0 | Review of Complaint and Exhibits; Prepare for Hearing (3.0 @ $220.00 an hour = $660.00) |
| 8/29/2016 | 2.5 | Prepare for Hearing (2.5 @ $220.00 an hour = $550.00) |
| 8/29/2016 | 4.0 | Attend Hearing & Travel (one way) (4.0 @ $220.00 an hour = $880.00) |
| 8/30/2016 | 3.0 | Attend Hearing & Travel (one way) (3.0 @ $220.00 an hour = $660.00) |

TOTAL AMOUNT DUE OF $2,750.00.

Respectfully,

Raymond Guzall III