UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Chad Hayse,

                Plaintiff(s),

v.                                        Case No. 4:17−cv−13294−LVP−EAS
                                        Hon. Linda V. Parker

City of Melvindale, et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Elizabeth A. Stafford for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion for Sanctions – #88

                                        s/Linda V. Parker
                                        Linda V. Parker
                                        United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        s/R Loury
                                        Case Manager

Dated:  June 27, 2018