# EXHIBIT 23

**EXHIBIT 23**



## City of Melvindale Police Department
3100 Oakwood Boulevard · Melvindale, Michigan 48122
(313) 429.1070 · Fax (313) 382.6038
policechief@melvindale.org

John R. Allen                                                    Chief of Police

March 31, 2017

Reference: 2016-01752/Complaint against Cpl. Furman

I was called today in reference to this case by Sunshine of the MSP. I was informed that the case was denied and that it is now closed. I contacted Cpl. Furman and advised him of the disposition. I sent City Attorney Lawrence Coogan a text message in reference to this case being closed.

Sincerely,

*John R Allen* (signature)

John R. Allen

Chief of Police